FILED

2018 OCT 30  PM 4: 12

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:18-cr-517-T-35AEP

21 U.S.C. § 841(a)(1)

ARNOLD GERARD NELSON JR.
JAMES THOMAS LANG III

**INDICTMENT**


SEALED

The Grand Jury charges:

**COUNT ONE**

Beginning on an unknown date, but not later than on or about January 23, 2018, and continuing through the date of this indictment, in the Middle District of Florida, the defendants,

ARNOLD GERARD NELSON JR., and

JAMES THOMAS LANG III

did knowingly, willfully, and intentionally conspire with other persons, both known and unknown to the Grand Jury, to distribute and possess with intent to distribute a controlled substance, which violation involved 100 grams or more of a mixture and substance containing a detectable amount of heroin and fentanyl, Schedule I and Schedule II controlled substances, and is therefore punished under 21 U.S.C. § 841(b)(1)(B).

All in violation of 21 U.S.C. §§ 846 and 841(b)(1)(B).

## COUNT TWO

On or about January 23, 2018, in the Middle District of Florida, and elsewhere, the defendant,

ARNOLD GERARD NELSON JR.

did knowingly and intentionally distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of heroin and fentanyl, Schedule I and Schedule II controlled substances, and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

On or about April 5, 2018, in the Middle District of Florida, and elsewhere, the defendants,

ARNOLD GERARD NELSON JR., and

JAMES THOMAS LANG III

did knowingly and intentionally distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of heroin and fentanyl, Schedule I and Schedule II controlled substances, and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C), and 18 U.S.C. § 2.

## COUNT FOUR

On or about April 19, 2018, in the Middle District of Florida, and elsewhere, the defendants,

ARNOLD GERARD NELSON JR., and

JAMES THOMAS LANG III

did knowingly and intentionally distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of heroin and fentanyl, Schedule I and Schedule II controlled substances, and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C), and 18 U.S.C. § 2.

## COUNT FIVE

On or about May 10, 2018, in the Middle District of Florida, and elsewhere, the defendants,

ARNOLD GERARD NELSON JR., and

JAMES THOMAS LANG III

did knowingly and intentionally distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance, its salts, isomers, and salts of its isomers, and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C), and 18 U.S.C. § 2.

## COUNT SIX

On or about May 10, 2018, in the Middle District of Florida, and elsewhere, the defendants,

ARNOLD GERARD NELSON JR., and

JAMES THOMAS LANG III

did knowingly and intentionally distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(B).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C), and 18 U.S.C. § 2.

## COUNT SEVEN

On or about June 14, 2018, in the Middle District of Florida, and elsewhere, the defendants,

ARNOLD GERARD NELSON JR., and

JAMES THOMAS LANG III

did knowingly and intentionally distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C), and 18 U.S.C. § 2.

## FORFEITURE

1. The allegations contained in Counts One through Seven are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. The property to be forfeited includes, but is not limited to, an order of forfeiture in the amount of proceeds obtained by the defendants as a result of the offenses.

4. If any of the property described above, as a result of any acts or omissions of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Michael C. Sinacore
Assistant United States Attorney

By: _____
James C. Preston
Assistant United States Attorney
Deputy Chief, Violent Crimes and Narcotics Section

FILED

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

2018 OCT 30 PM 4: 12

CLERK US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

THE UNITED STATES OF AMERICA

vs.

ARNOLD GERARD NELSON JR.
JAMES THOMAS LANG III

## INDICTMENT

Violations:   21 U.S.C. § 841(a)(1)

A true bill,

_____
Foreperson

Filed in open court this 30th day of October 2018.

_____
Clerk

Bail $_____

GPO 863 525